In the Matter of the Application of Arthur W. Corse, Respondent, as Executor, etc., of John Corse, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. Lillian Liggins and Georgia Randall, Appellants. — Decrees and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

T. Victor Howe, Respondent, v. Corn Exchange Bank Trust Company and Robert B. Knowles, as Trustees under the Last Will and Testament of Chance M. Vought, Deceased, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Elizabeth Johnson, as Administratrix, etc., of Richard Bradley, Deceased, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Determination of the Appellate Term unanimously reversed, with costs to the plaintiff in this court and in the Appellate Term, and the judgment of the Municipal Court affirmed. (See Mansbacher v. Prudential Ins. Co., 247 App. Div. 378.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of John McLaughlin, Appellant, as Administrator, etc., of Ellen Hunt Lang, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. Thomas McLaughlin, Respondent.— Decree so far as appealed from unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

William J. McDermott, Respondent, v. Maurice B. Blumenthal and Others, Defendants, Impleaded with Joseph L. Gitterman, Jr., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Isabella B. Hoffman and Others, Appellants, Respondents, v. Fireman's Fund Indemnity Company, Respondent, Appellant, Impleaded with Another.— Determination appealed from in so far as it affirms the order of the City Court denying plaintiffs' motion for summary judgment unanimously affirmed. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. Determination appealed from in so far as it affirms the order of the City Court denying motion of defendant-appellant for summary judgment affirmed. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to modify the determination by granting said defendant's motion. No opinion. [160 Misc. 823.]

Joseph George Meyrowitz, Respondent, v. Surface Transportation Corporation of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Rosa Gentile, Respondent, v. Louis R. Soresi, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Clifford Lang, Respondent, v. Celia Lang, Appellant.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.